# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

WYNDSOR LIGHTING, LLC and MARANATHA LABS, LLC,

    Plaintiffs,

v.                                      Case No: 6:17-cv-1197-Orl-40KRS

EUGENE L. CAIAZZO, FEDERALED, LLC and ELC SALES, LLC,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 49), filed May 15, 2018. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close this case.

**DONE AND ORDERED** in Orlando, Florida on May 16, 2018.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties